[No. 18775-9-I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY DAVIS HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-02662-1, David C. Hunter, J., entered June 17, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.

[Nos. 18448-2-I; 18532-2-I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO DALE JACKSON, *Defendant*, JEFFREY ALLEN JOHNSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 86-1-00105-7, Frank J. Eberharter, J., entered April 23, 1986. *Reversed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 19673-1-I. Division One. January 8, 1988.]

CAREN A. STALEY, *Appellant*, v. EUGENE C. SPROUT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 864453, Lloyd W. Bever, J., entered December 8, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Webster, J.